## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

VINCENT LAWRENCE

                Plaintiff,

v.

KALM FINANCIAL INC et al.

                Defendant.

**Civil # 1:24-cv-11493-ADB**

## MOTION FOR CLERK'S ENTRY
## OF DEFAULT AGAINST DEFENDANTS
## CROSS MORTGAGE LLC. AND AMENDD FINANCE LLC.

1. Now comes the Plaintiff Vincent Lawrence ("Plaintiff") pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against Cross Mortgage LLC. ("Cross") and Defendant Amend Finance LLC.("Amend").

2. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant Cross and Amend has failed file a response to Plaintiffs lawsuit.

3. Plaintiff served defendants Cross and Amend under Mass rule of Civil Procedure Rule 4(e)( 3) authorizes :personal service outside the commonwealth by any form of mail to the person. See Exhibit 1.

1

4. Plaintiff served the defendant Cross the Summons, Complaint and Tracking order on May 8, 2024, 12:33 pm was delivered to the front desk, reception area, or mail room at 12:38 pm on May 8, 2024, in Cleveland  OH 44114 Waiver of signature was exercised at time of delivery. See Exhibit 1

5. The Time to Serve a Responsive Pleading for defendants Cross and Amend was 20 days from May 8, 2024, which was May 28, 2024. See Exhibit 1.

6. Mass rule of Civil Procedure Rule 4(e)( 3) authorizes :personal service outside the commonwealth by any form of mail to the person requiring a signed receipt.

7. Plaintiff also served the Defendants Amend on May 8, 2024, at 12: 33 pm in SAN DIEGO, CA92101. The item was signed for by V Hernandez. See Exhibit 2.

8. Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

9. Here, the Plaintiff filed his Amended Complaint on May 3, 2024. See (STATE COURT DOCKET) defendants Cross and Amend has failed to file a responsive pleading as of June 17, 2024.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendants Staples pursuant to Fed. R. Civ. P. 55(a).

Vincent Lawrence                                          June 17, 2024
111 Atlantic Avenue, Apt. 208

*Vincent Lawrence*

2

Boston, MA 02110

Vlawrence02121@gmail.com

857-225-3748

## CERTIFICATE OF SERVICE

I Vincent Lawrence, certify that the above document will be served by First Class Mail and email on this 17th day of June 2024.

Respectfully submitted,                                          June 17, 2024

*Vincent Lawrence*

Vincent Lawrence

111 Atlantic Avenue, Apt. 208

Boston, MA 02110

Vlawrence02121@gmail.com

857-225-3748

Melanie A. Conroy

Pierce Atwood LLP

100 Summer Street

Suite 2250

Boston, MA 02110

617-488-8119

Email: mconroy@pierceatwood.com

3