UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VINCENT LAWRENCE,

    Plaintiff,

v.                                            CASE NO: 1:24-cv-11493-ADB

KALM FINANCIAL, INC., *et al.,*

    Defendant.

_____/

**DEFENDANT TURBO DEBT LLC'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UNDER RULES 8(a) AND 12(b)(6)**

Pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Turbo Debt LLC ("Turbo Debt" or "Defendant") moves for dismissal of all claims asserted in the Complaint against Turbo Debt for failure to meet pleading notice requirements and failure to state a claim upon which relief can be granted.

As grounds for this Motion, Turbo Debt states as follows:

1.    Plaintiff Vincent Lawrence ("Plaintiff") asserts five (5) causes of action against all defendants party to this action in his Amended Verified Complaint ("Complaint") filed on or about May 3, 2024, in the Suffolk County Superior Court of Massachusetts, alleging various violations of the Telephone Consumer Protection Act ("TCPA"), the Massachusetts Telemarketing Solicitation Act ("MTSA"), the Massachusetts Consumer Protection Law under M.G.L. c. 93A, and regulations pertaining to the Massachusetts Do Not Call Registry as codified in 201 CMR 12.04.

2.    Turbo Debt removed the action to the United States District Court for the District of Massachusetts on June 7, 2024, on the basis of federal question jurisdiction afforded by the federal claims brought under the TCPA.

#17241232v1

Defendant Turbo Debt's Motion to Dismiss
*Lawrence v. Kalm Financial, Inc., et al.*

3. Plaintiff fails to plead his claims in a manner that gives Turbo Debt adequate notice of the claims against it, because every allegation levied against Turbo Debt only refers vaguely to amorphous "Defendants" without specifying which of the purportedly unlawful calls were allegedly made by Turbo Debt, thereby rendering the claims deficient under Federal Rule of Civil Procedure 8(a).

4. Plaintiff fails to state any claims against Turbo Debt because the Complaint does not contain any non-conclusory factual matter connecting Defendant to the alleged causes of action, thereby rendering the claims against Turbo Debt deficient under Federal Rule of Civil Procedure 12(b)(6).

5. Because the Complaint fails as a matter of law to state a claim against Turbo Debt and fails to provide adequate notice to Turbo Debt of the claims against it, Turbo Debt is entitled to entry of an Order dismissing all claims asserted in the Complaint against Turbo Debt.

**WHEREFORE**, for the reasons set forth above and in the Memorandum of Law filed herewith, Defendant Turbo Debt LLC respectfully requests this Court enter an Order dismissing all claims asserted in the Complaint against Turbo Debt, and award any such further and other relief in favor of Turbo Debt as this Court may deem just and proper.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

In compliance with Local Rule 7.1(a)(2), on June 26, 2024, the undersigned counsel for Defendant Turbo Debt LLC conferred with Plaintiff, who appears in this matter *pro se*, via email and attempted in good faith to resolve or narrow the issues raised in this Motion, but was unable to do so.

Defendant Turbo Debt's Motion to Dismiss
*Lawrence v. Kalm Financial, Inc., et al.*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant Turbo Debt LLC believes that oral argument will assist the Court and wishes to be heard. Defendant Turbo Debt LLC therefore requests oral argument on this Motion.

Dated: June 28, 2024.    Respectfully submitted,

By: */s/ Melanie A. Conroy*
Melanie A. Conroy (BBO No. 568830)
Email: mconroy@pierceatwood.com
**PIERCE ATWOOD LLP**
100 Summer Street, 22nd Floor
Boston, MA 02110
Tel: (617) 488-8119
Fax: (617) 824-2020

By: */s/ Jamey R. Campellone*
JAMEY R. CAMPELLONE
Fla. Bar No. 119861
*Admitted Pro Hac Vice*
Email: jamey.campellone@gmlaw.com
Email: gabby.mangar@gmlaw.com
**GREENSPOON MARDER LLP**
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027

*Attorneys for Turbo Debt LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2024, this document was filed with the Clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this day on all registered participants as identified on the Notice of Electronic Filing generated by CM/ECF.

By: */s/ Melanie A. Conroy*
Melanie A. Conroy (BBO No. 568830)