UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT LAWRENCE,<br><br>  Plaintiff,<br><br>v.<br><br>KALM FINANCIAL, INC., et al.,<br><br>  Defendants. | CIVIL ACTION NO.:<br>1:24-CV-11493-ADB |

**DEFENDANT CROSSCOUNTRY MORTGAGE LLC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED R. CIV. P. 8(a) AND 12(b)(6)**

Pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant CrossCountry Mortgage, LLC. ("CrossCountry") moves for dismissal of all claims asserted in the Second Amended Complaint against CrossCountry. Plaintiff has failed to meet pleading notice requirements governed by Fed. R. Civ. P. 8(a) and state a claim against CrossCountry upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this Motion are set forth in a separate Memorandum in Support of Dismissal, pursuant to Loc. R. 7.1(b)(1):

Dated: September 3, 2024

Kenneth B. Walton, Esq., BBO #: 562174
Ken.Walton@lewisbrisbois.com
Pierre Youssef, Esq. BBO#: 706018
Pierre.Youssef@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
60 State Street, 23rd Floor
Boston, MA 02109
T: 857.313.3935

*Attorneys for CrossCountry Mortgage, LLC*

145135827.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2024, I electronically filed the foregoing **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Melanie A. Conroy (BBO No. 568830) PIERCE ATWOOD LLP
100 Summer Street, 22nd Floor
Boston, MA 02110
Tel: (617) 488-8119
Fax: (617) 824-2020
Email: mconroy@pierceatwood.com

Jamey R. Campellone, *PHV Anticipated*
GREENSPOON MARDER LLP
200 E. Broward Blvd, Ste 1800
Fort Lauderdale, FL 33301
Tel: (954-527-6296
Fax: (954-333-4027

*Attorneys for Turbo Debt LLC*

Vincent Lawrence, *Pro Se*
111 Atlantic Avenue, Apt 2
Boston MA 02126
Tel: (857-225-3862
Vlawrence02121@gmail.com

*/s/ Pierre C. Youssef*
Pierre C. Youssef, Esq.
Attorneys for CrossCountry Mortgage, LLC