UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



VINCENT LAWRENCE,

    Plaintiff,

v.

KALM FINANCIAL INC. ET AL

    Defendant.

Civil Action No. 1:24-cv-11493- ADB

## JOINT MOTION TO SET

## A SCHEDULE FOR WRITTEN SUBMISSIONS

NOW COME the parties, by and through their respective undersigned representatives, and respectfully submit this Joint Motion in the above-captioned matter.

The parties jointly state that they do not object to the Court setting a schedule for written submissions in this case. The parties are prepared to comply with any briefing schedule the Court deems appropriate and respectfully request that the Court issue such a schedule at its earliest convenience.

WHEREFORE, the parties respectfully request that the Honorable Court enter an order establishing a schedule for written submissions.

Respectfully submitted,

1

Vincent Lawrence   /s/ Vincent Lawrence                              May 30, 2025

111 Atlantic Avenue, Apt. 2

Boston, MA 02120

857-225-3862

vlawrence02121@gmail.com


Respectfully Submitted,
CROSS COUNTRY MORTGAGE LLC
By its attorneys,

Kenneth B. Walton, BBO #562174
Ken.Walton@lewisbrisbois.com
Pierre C. Youssef, BBO #706018
Pierre.Youssef@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
60 State Street, 23rd Floor
Boston, MA 02109
T: 857-313-3936
F: 857-313-3951


By:     */s/ Jamey R. Campellone*
         JAMEY R. CAMPELLONE
         Fla. Bar No. 119861
         Email: jamey.campellone@gmlaw.com
         Email: gabby.mangar@gmlaw.com
         **GREENSPOON MARDER LLP**
         200 East Broward Blvd., Suite 1800
         Fort Lauderdale, Florida 33301
         Tel: (954) 527-6296
         Fax: (954) 333-4027

         *Attorneys for Turbo Debt LLC*


CERTIFICATE OF SERVICE

2

I Vincent Lawrence the Plaintiff hereby certify, under the penalties of perjury, that on this date of May 29, 2025, I have made service of a copy of the following document(s) to the defendants attorneys listed below by email and first class mail.

Vincent Lawrence    *Vincent Lawrence*

/s/ Vincent Lawrence                May 30, 2025

111 Atlantic Avenue, Apt. 2

Boston, MA 02120

857-225-3862

vlawrence02121@gmail.com


Kenneth B. Walton

Lewis Brisbois Bisgaard & Smith LLP

60 State Street, 23rd Floor

Boston, MA 02109

857-313-3936

Email: ken.walton@lewisbrisbois.com


Pierre C. Youssef

Lewis Brisbois Bisgaard & Smith

60 State Street, 23rd Floor

Boston, MA 02109

857.313.3935

Email: Pierre.Youssef@lewisbrisbois.com


Jamey R. Campellone

Greenspoon Marder LLP

200 East Broward Boulevard

Suite 1800

3

Fort Lauderdale, FL 33301

(954) 527-6296

Email: jamey.campellone@gmlaw.com

Melanie A. Conroy

Pierce Atwood LLP

100 Summer Street

Suite 2250

Boston, MA 02110

617-488-8119

Email: mconroy@pierceatwood.com

4