UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT LAWRENCE,<br><br>    Plaintiff,<br><br>v.<br><br>KALM FINANCIAL INC. ET AL<br><br><br>    Defendant. | Civil Action No. 1:24-cv-11493-ADB |

**PLAINTIFF VINCENT LAWRENCE'S**

**PARTIAL MOTION FOR SUMMARY JUDGMENT**

(Counts II–V – Liability Only)

Plaintiff Vincent Lawrence hereby files this Partial Motion for Summary Judgment on the limited issue of liability against Defendant Turbo Debt LLC. Because the undisputed material facts show that Plaintiff has met all elements of Counts II through V of the governing Second Verified Amended Complaint, Plaintiff respectfully seeks judgment in his favor on these claims.

In further support of this Motion, Plaintiff relies on the accompanying:

1. Memorandum of Law,

2. Statement of Undisputed Material Facts,

3. Affidavit of Vincent Lawrence,

4. Exhibit 1 – Plaintiff's Telephone Bills, and

1

PDF processed with CutePDF evaluation edition www.CutePDF.com

5. CD Recording (referenced at Docket No. 24).

Plaintiff requests a judgment in his favor on liability under Counts II–V, reserving the issue of damages and Count I for subsequent summary judgment after discovery. Count I pertains to violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A), for calls placed using an automatic telephone dialing system, and the Massachusetts Telemarketing Sales Act, M.G.L. c. 159C et seq.

Respectfully submitted,                                          Filed: June 30, 2025

Vincent Lawrence   /s/ Vincent Lawrence

111 Atlantic Avenue, Apt. 208

Boston, MA 02110

Email: vlawrence02121@gmail.com

Phone: 857-225-3862

*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I Vincent Lawrence the Plaintiff hereby certify, under the penalties of perjury, that on this date of June 30, 2025, I have made service of a copy of the following document(s) to the defendants attorneys listed below by email and first class mail.

Vincent Lawrence

/s/ Vincent Lawrence                                    June 20, 2025

111 Atlantic Avenue, Apt. 2

Boston, MA 02120

857-225-3862

vlawrence02121@gmail.com


Kenneth B. Walton

Lewis Brisbois Bisgaard & Smith LLP

One International Place

Suite 350

Boston, MA 02110

857-313-3936

Email: ken.walton@lewisbrisbois.com


Pierre C. Youssef

Lewis Brisbois Bisgaard & Smith

One International Place

Boston, MA 02110

508-816-3396

Email: peteryoussef1994@hotmail.com


Jamey R. Campellone

Greenspoon Marder LLP

200 East Broward Boulevard

Suite 1800

Fort Lauderdale, FL 33301

(954) 527-6296

Email: jamey.campellone@gmlaw.com

Melanie A. Conroy

Pierce Atwood LLP

100 Summer Street

Suite 2250

Boston, MA 02110

617-488-8119

Email: mconroy@pierceatwood.com