UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Vincent Lawrence**<br>Plaintiff,<br><br>v.<br><br>**Turbo Debt llc et al**<br>**Defendant.** | Civil Action No. 124-c-11493-ADB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, Vincent Lawrence, hereby stipulate to the dismissal with prejudice of the Plaintiff's Vincent Lawrence Verified Amended Complaint against Turbo Debt LLC . Each party shall bear its own costs and there shall be no right of appeal from judgment entered in accordance with this Stipulation of Dismissal.

Respectfully Submitted,
Vincent Lawrence
111 Atlantic Avenue
Boston, Ma
857-225-3862

# CERTIFICATE OF SERVICE

I solemnly swear that I have sent the defendant's counsel of record a copy of the Motion to dismiss with prejudice attached, on this 8 th day of September 2025 by electronic mail to email.

Vincent Lawrence

111 Atlantic Avenue

Boston, Ma

Jamey R. Campellone Esq

Greenspoon Marder LLP

200 East Broward Boulevard, Suite 1800

Fort Lauderdale Florida 33301

Tel: 954-491-1120